IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>(U.S. Department of Health and<br>Human Services)<br><br>    Plaintiff,<br><br>vs.<br><br>JANET M. LEON-BAYRON,<br><br>    Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*   CIVIL NO. 06-1135 (JP)<br>*<br>*<br>*<br>*<br>* |

**JUDGMENT**

    The Court has before it the parties' "Stipulation for Consent Judgment" (No. 4) wherein the parties inform the Court that they have settled this case and the terms thereof.

    Pursuant thereto the Court enters Judgment for the plaintiff to have and record from the defendant the sum of **twenty-eight thousand five hundred forty-four dollars and thirty four cents ($28,544.34) plus interest thereafter until paid in full** to be paid in the manner set forth in the "Stipulation for Consent Judgment" (No. 4).

    The "Stipulation for Consent Judgment" (No. 4) is incorporated into this Judgment.

    This Judgment is entered without the imposition of costs or attorneys' fees of any of the appearing parties other than those provided for in the "Stipulation for Consent Judgment" (No. 4).

    **IT IS SO ORDERED AND ADJUDGED.**

    In San Juan, Puerto Rico, this 1st day of May, 2006.

                                                 s/Jaime Pieras, Jr.
                                                    JAIME PIERAS, JR.
                                   U.S. SENIOR DISTRICT JUDGE